**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

ANTHONY NELSON AKKUB,
ADC #098719                                                                                      PLAINTIFF

v.                                                        2:21-cv-00006-JM-JJV

KNOTT, Major, C.O.S,
East Arkansas Regional Unit, ADC, *et al.*                                       DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.  Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff Anthony Nelson Akkub ("Plaintiff") is a prisoner in the East Arkansas Regional Unit of the Arkansas Division of Correction ("ADC").  He has filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 alleging Defendants violated his constitutional rights.  (Doc. 2.)  On January 20, 2021, I denied Plaintiff's Application to Proceed *In Forma Pauperis* because he is a three-striker, as defined by 28 U.S.C. § 1915(g), who is not in imminent danger of serious physical

injury.  (Doc. 3.)  I ordered Plaintiff to submit the $402 statutory and administrative filing fee in full within twenty-one (21) days and warned him I would recommend dismissal if he failed to timely do so.  (*Id.*)  The deadline has now passed, and Plaintiff has not paid the fee or otherwise responded to my Order. Accordingly, the Complaint should be dismissed without prejudice. If Plaintiff wishes to proceed with this action, he must pay the $402 fee in full with his objections to this recommendation.

IT IS, THEREFORE, RECOMMENDED that:

1.      The Complaint (Doc. 2) be DISMISSED without prejudice.

2.      The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

Dated this 23rd day of February 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE