# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

ANTHONY NELSON AKKUB,
ADC #098719                                                                                   PLAINTIFF

v.                              2:21-cv-00006-JM-JJV

KNOTT, Major, C.O.S,
East Arkansas Regional Unit, ADC, *et al.*                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this Complaint is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 30th day of March 2021.

_____
UNITED STATES DISTRICT JUDGE